IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **FRANCES R. JENKINS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Social Security Appeal |
| v. | : | No. 5:13-CV-15 (CAR) |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of Social Security,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to dismiss Plaintiff Frances R. Jenkins's Complaint as untimely pursuant to 42 U.S.C. § 405(g). No objection was filed, and having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation of the United States Magistrate Judge [Doc. 8] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant Carolyn W. Colvin's Motion to Dismiss Complaint [Doc. 6] is **GRANTED**, and Plaintiff's Complaint [Doc. 1] is **DISMISSED**.

**SO ORDERED,** this 21st day of June, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

BBP